No. 86-6308.  SHERWOOD v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86-6311.  RANDOLPH v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 86-6313.  MONTEIRO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 86-6315.  SELLNER v. FEDERAL BUREAU OF INVESTIGATION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 86-6316.  MOORE v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 86-6318.  THOMPSON v. SOUTHEASTERN TOYOTA ET AL. Sup. Ct. Ala.  Certiorari denied.

No. 86-6324.  TYSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 86-6341.  HILL v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 86-6343.  HIMES ET UX. v. UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86-6345.  MONTGOMERY v. INTERNAL REVENUE SERVICE. C. A. 7th Cir.  Certiorari denied.

No. 86-6347.  TAYLOR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86-6379.  PATTERSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 86-6388.  HURST v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 86-6409.  BULLEN v. DEREGO ET AL.  Sup. Ct. Haw. Certiorari denied.